**UNITED STATES of America,**
**Plaintiff–Appellee**

v.

**Martimiano CAYETANO–GASPAR,**
**Defendant–Appellant.**

No. 10–50774
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

March 1, 2012.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, San Antonio, TX, for Plaintiff–Appellee.

Philip J. Lynch, Assistant Federal Public Defender, Henry Joseph Bemporad, Federal Public Defender, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before BENAVIDES, STEWART, and HIGGINSON, Circuit Judges.

PER CURIAM: *

Martimiano Cayetano–Gaspar appeals the sentence imposed following his guilty

published and is not precedent except under

plea conviction for illegal reentry following deportation in violation of 8 U.S.C. § 1326. He contends that the sentence is substantively unreasonable because it is greater than necessary to accomplish the sentencing goals set forth in 18 U.S.C. § 3553(a). The Government has moved for summary affirmance or, in the alternative, for an extension of time in which to file an appellate brief.

Cayetano–Gaspar has completed his sentence, has been released from custody, and has been removed to Mexico. The appeal of his sentence is therefore moot. *See United States v. Rosenbaum–Alanis,* 483 F.3d 381, 383 (5th Cir.2007). Accordingly, the appeal is DISMISSED. The Government's motions for summary affirmance and for an extension of time are DENIED as moot.

the limited circumstances set forth in 5TH CIR. R. 47.5.4.